FILED
CLERK U.S. DISTRICT COURT

MAR 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR06-573 JSL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>Daniel Muir )<br><br>Defendant. ) | ORDER OF DETENTION AFTER<br>HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( ✓ )   the appearance of defendant as required; and/or

(B)   ( ✓ )   the safety of any person or the community.

//
//

1     The court concludes:

2  A.  (✗)  Defendant poses a risk to the safety of other persons or the community

3     because defendant has not demonstrated by clear and convincing

4     evidence that:

5     *he can remain crime free / drug free*

6

7     *(see Probation report)*

8

9

10  (B)  ( )  Defendant is a flight risk because defendant has not shown by clear

11     and convincing evidence that:

12

13

14

15

16

17     IT IS ORDERED that defendant be detained.

18

19  DATED: _3/16/10_

20

21

22

23     _____
STEPHEN J. HILLMAN

24     UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2